1048

[No. 32926-7-III.   Division Three.   February 25, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS W. RIOJAS, *Appellant*.

Appeal from a judgment of the Superior Court for Adams County, No. 13-1-00042-3, Steven B. Dixon, J., entered October 27, 2014. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Fearing, A.C.J., concurred in by Lawrence-Berrey, J.; Korsmo, J., dissenting in part.

[No. 33175-0-III.   Division Three.   February 25, 2016.]

GARRETT RANCHES, LLC, *Respondent*, v. LARRY HONN FAMILY LLC, *Appellant*.

Appeal from a judgment of the Superior Court for Whitman County, No. 10-2-00293-4, David Frazier, J., entered February 13, 2015. *Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Siddoway, C.J., and Korsmo, J.

[No. 33264-1-III.   Division Three.   February 25, 2016.]

*In the Matter of the Marriage of* TRACY L. CORNEIL, *Appellant*, and CORY S. CORNEIL, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-3-00076-2, Julie M. McKay, J., entered March 4, 2015. *Dismissed* by unpublished opinion per Siddoway, C.J., concurred in by Korsmo and Lawrence-Berrey, JJ.